appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. HULSHOF v. BOARD OF EDUCATION et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Proceedings by the people of the state of New York, on the relation of John L. Hulshof, against the board of education and another. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. ILLIS, Appellant, v. WARDEN OF STATE'S PRISON, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Proceedings by the people of the state of New York, on the relation of Julius Illis, against the warden of the state's prison. B. H. Scudder, for appellant. A. A. Mayper, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. KANNER, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of Samuel H. Kanner, against Edmond A. Butler, as commissioner. T. A. Keppler, for appellant. T. Connoly, for respondent. No opinion. Order affirmed; with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MENCKE, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York, on the relation of George A. Mencke, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination of the respondent annulled, with $50 costs and disbursements, and the relator reinstated, on the authority of People ex rel. Jordan v. Martin, 152 N. Y. 311, 46 N. E. 484, and People ex rel. Clancy v. Bingham, 123 App. Div. 226, 107 N. Y. Supp. 1063.

PEOPLE ex rel. O'BRIEN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of James J. O'Brien, against Theodore A. Bingham, commissioner. A. R. Lesinsky, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. RODLER v. DEUTSCHER KRIEGER BUND, New York. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Proceedings by the people of the state of New York, on the relation of Albert Rodler, against the Deutscher Krieger Bund, New York. No opinion. Motion denied, with $10 costs. Settle order on notice.

PEOPLE ex rel. ROONEY v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York, on the relation of James J. Rooney, against Theodore A. Bingham, as police commissioner of the police department of the city of New York. No opinion. Motion for reargument denied, with $10 costs. See, also, 114 N. Y. Supp. 110.

PEOPLE ex rel. SAWYER et al. v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al. (four cases). (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Proceedings by the people of the state of New York, on the relation of George P. Sawyer and others, against the board of railroad commissioners of the state of New York and others. No opinion. Motions denied, with $10 costs.

PEOPLE ex rel. SCOTT, Appellant, v. REID et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Proceedings by the people of the state of New York, on the relation of Henry W. Scott, against Whitelaw Reid and others. A. S. Gilbert, for appellant. T. E. Finnegan, for respondents. No opinion. Order affirmed, without costs. Order filed.

PEOPLE ex rel. SMITH v. GAUS, Comptroller, et al. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Proceedings by the people of the state of New York, on the relation of James Smith, ex-sheriff of Erie county, against Charles H. Gaus, as Comptroller of the state of New York, and the board of supervisors of the county of Erie. No opinion. Submission dismissed, without costs. on the authority of Woodruff v. People, 193 N. Y. 560, 86 N. E. 562.

PEOPLE'S GAS & ELECTRIC CO. OF OSWEGO, Appellant, v. ATTORNEY GENERAL, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by the People's Gas & Electric Company of Oswego against the Attorney General of the state of New York, impleaded with the Citizens' Lighting Company and others. No opinion. Interlocutory judgment affirmed, with costs.

PERANDER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Gustaf M. Perander against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff failed to make out a case establishing his freedom from negligence contributing to the accident. See Lofsten v. Brooklyn Heights Railroad Co., 184 N. Y. 148, 76 N. E. 1035, and authorities cited.

PERRY et al., Appellants, v. McDANIEL, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Ac-

tion by Ellen Perry and another against Mary J. McDaniel. W. A. McQuaid, for appellants. J. H. Fargis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERSON, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Peter Peterson against the New York Contracting Company, Pennsylvania Terminal. No opinion. Judgment and order unanimously affirmed, with costs.

PFEIFFER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Margaret Pfeiffer, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

ROBSON, J., dissents.

PHILLIPS et al. v. VAN LEER et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Moses H. Phillips and another against Isaac Van Leer and others. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

In re PICKARD'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) In the matter of the estate of Elda M. Pickard, an infant. No opinion. Decree, so far as appealed from, reversed, without costs of this appeal to either party. Held, that the surrogate had no power to modify the decree.

PIERCE, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Jabez C. Pierce against the Supreme Tent of the Knights of the Maccabees of the World.

PER CURIAM. It appearing that there are not four justices of this court qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to the provisions of section 231 of the Code of Civil Procedure.

SPRING and ROBSON, JJ., not sitting.

PIERING v. WALSH. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Antonio Piering against Patrick J. Walsh. No opinion. Motion granted, with $10 costs. Order filed.

PINE, Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Elizabeth Pine against Nina Hayes and others. No opinion. Judgment affirmed, with costs.

PIONEER IRON WORKS, Respondent, v. MARINE ENGINE & MACHINE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by the Pioneer Iron Works against the Marine Engine & Machine Company. H. G. Chapin, for appellant. G. Lange, Jr., for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents, on the ground of erroneous rulings on the exclusion of the expert testimony.

PISTAMIGLIO, Respondent, v. BURCHELL, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Josephine Pistamiglio against Jeanette Burchell. C. E. Thornall, for appellant. H. C. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PITTS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Pearl E. Pitts against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

KRUSE, J., dissents, and votes for reversal upon the ground that the trial judge erred in charging the jury that the defendant is liable if the accident was caused by the negligence of some one else, or an employé of some other railroad company, and holding the defendant absolutely liable for such negligence. Stoddard v. N. Y., N. H. & H. R. R. Co., 181 Mass. 422, 63 N. E. 927.

PLAUT, Appellant, v. GORHAM MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Isaac S. Plaut, as trustee, against the Gorham Manufacturing Company and another. E. J. Myers, for appellant. J. N. Hayes, for respondents. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

In re PLESHET. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of Louis Pleshet for license and admission to practice as an official examiner of title. No opinion. The petition of the applicant and a bond in accordance with the provisions of the rules of the Court of Appeals and the special